**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anthony J. Lark                               CHAPTER 13
                            Debtor(s)

                                                     BKY. NO. 19-14846 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                                     Respectfully submitted,

                                                     /s/ Rebecca A. Solarz
                                                     Rebecca Solarz
                                                     29 Oct 2020, 20:20:52, EDT

                                                     KML Law Group, P.C.
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106-1532
                                                     (215) 627-1322