# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony J. Lark <br>     Debtor(s) <br><br> FREEDOM MORTGAGE CORPORATION <br>     Movant <br> vs. <br><br> Anthony J. Lark <br>     Debtor(s) <br><br> Kenneth E. West Esq. <br>     Trustee | Chapter 13 <br><br> NO. 19-14846 ELF |

## ORDER

AND NOW, this  22nd  day of    June    , 2022 ,upon the filing of a Certification of Default by the Movant  in accordance with the Stipulation of the parties approved on *January 27, 2020*  it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 ois modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1974 74th Avenue a/k/a 1974 74th Street, Philadelphia, PA 19138.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**