**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            Chapter 13
ANTHONY J LARK


                        **Debtor**              **Bankruptcy No.** 19-14846-ELF


# O R D E R

    **AND NOW**, this ___21st___ day of ___February___, 202<u>3</u>, upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.


    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from
payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a
Motion for Alternative Disbursement within 21 days of the entry of this Order.


_____
Honorable Eric L. Frank
Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
ANTHONY J LARK

1974 74TH AVENUE

PHILADELPHIA, PA 19138-