**Fill in this information to identify the case:**

Debtor 1: ANTHONY J. LARK A/K/A ANTHONY LARK

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN    District of PA
(State)

Case Number: 19-14846 AMC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 1319

**Date of payment change:** 12/01/2019
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any    $1,316.74

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $469.47    **New escrow payment:** $495.59

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** _____ %    **New interest rate:** _____ %
   **Current principal and interest payment:** _____    **New principal and interest payment:** _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** _____    **New mortgage payment:** _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Mario J. Hanyon, Esquire                         Date   November 4, 2019
　　Signature

Print:   Mario J. Hanyon, Esq., Id. No.203993              Title  Attorney
         First Name    Middle Name    Last Name

Company  Phelan Hallinan Diamond & Jones, LLP

Address  1617 JFK Boulevard, Suite 1400

         Philadelphia, PA 19103

Contact Phone  215-563-7000                                Email  mario.hanyon@phelanhallinan.com